An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CLARK COUNTY, NEVADA; BOARD OF COMMISSIONERS OF CLARK COUNTY, NEVADA; SUSAN BRAGER, CLARK COUNTY, NEVADA COMMISSIONER; STEVE SISOLAK, CLARK COUNTY, NEVADA COMMISSIONER; TOM COLLINS, CLARK COUNTY, NEVADA COMMISSIONER; LARRY BROWN, CLARK COUNTY, NEVADA COMMISSIONER; LAWRENCE WEEKLY, CLARK COUNTY, NEVADA COMMISSIONER; CHRIS GIUNCHIGLIANI, CLARK COUNTY, NEVADA COMMISSIONER; MARY BETH SCOW, CLARK COUNTY, NEVADA COMMISSIONER; AND DON BURNETTE, CLARK COUNTY, NEVADA MANAGER, Petitioners, vs. SOUTHERN NEVADA HEALTH DISTRICT, Respondent. | No. 62986 |

**FILED**

MAY 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT OF PROHIBITION*

This is an original petition for a writ of prohibition that seeks to bar respondent from expending budgetary funds to purchase real property pending further order of this court.

This court may issue a writ of prohibition to arrest the proceedings of a district court exercising its judicial functions when such proceedings are in excess of the district court's jurisdiction. *See* NRS 34.320; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d

13-14425

849, 851 (1991). It is within our discretion to determine if a writ petition will be considered. *Smith*, 107 Nev. at 677, 818 P.2d at 851. Petitioners bear the burden of demonstrating that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Having considered the petition, we conclude that our intervention is not warranted, and we therefore deny the petition. *Smith*, 107 Nev. at 677, 818 P.2d at 851; NRAP 21(b)(1).

It is so ORDERED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Kolesar & Leatham, Chtd.
     Marquis Aurbach Coffing

---

[1]In light of this order, we deny as moot petitioners' motion to consolidate this petition with the appeal pending in Docket No. 61320.